IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **REGINALD BELL, pro se,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 15-148-CG-C |
| | ) |
| **WESTROCK SERVICES INC.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JUDGMENT

In accordance with the Court's order entered this date granting Defendant's motion for summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendant, **Westrock Services Inc.**, and against Plaintiff, **Reginald Bell**, and this case is hereby **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this 17th day of June, 2016.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE